**Opinion filed November 19, 2015**



## In The

# Eleventh Court of Appeals

_____

## No. 11-15-00186-CR

_____

## JASON KEITH RICHARDSON, Appellant
## V.
## THE STATE OF TEXAS, Appellee

**On Appeal from the 385th District Court**
**Midland County, Texas**
**Trial Court Cause No. CR42327**

### M E M O R A N D U M   O P I N I O N

Jason Keith Richardson, Appellant, filed a pro se notice of appeal in this case. He has now filed a pro se motion to withdraw his notice of appeal and dismiss the appeal. In the motion, Appellant states that he understands his right to appeal, knowingly withdraws his notice of appeal, and "does not wish to pursue his Appeal." The motion is signed by Appellant. *See* TEX. R. APP. P. 42.2.

The motion is granted, and the appeal is dismissed.

November 19, 2015                                            PER CURIAM

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.